**Lorenzo W. WINSTEAD and William W. JONES, Individually and as a Partnership Doing Business under the Firm Name and Style of Winstead-Jones, and V. S. Richardson, Appellants, v. Mrs. Ollie MENASCO, Administratrix of the Estate of E. E. Menasco, Appellee.**

No. 7358.

Circuit Court of Appeals, Sixth Circuit.
Jan. 6, 1938.

Abe D. Waldauer and Hugh Magevney, both of Memphis, Tenn., and D. W. Harper, of Martin, Tenn., for appellants.

Sivley, Evans & Evans, of Memphis, Tenn., for appellee.

Before HICKS, Circuit Judge, and HAMILTON and SWINFORD, District Judges.

PER CURIAM.

It appearing to the court that there was no abuse of discretion in the order of the District Court overruling the motion

for a new trial, it is therefore ordered and adjudged that the judgment be, and the same is, affirmed.